IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| NORMAN DAIS, ) | C.A. No. 4:04CV-22191-25 |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

This matter comes before the Court upon the movant Norman Dais' ("Dais") filing of a motion to dismiss, without prejudice, the instant 28 U.S.C. § 2255 action. The government has not filed any memorandum in opposition to this motion.

Accordingly, without opposition, Dais' motion to dismiss the instant § 2255 action is **GRANTED**, and this matter is **DISMISSED**, without prejudice.

**IT IS SO ORDERED.**

                                                  /s Terry L. Wooten
                                                  Terry L. Wooten
                                                  United States District Court Judge

April 15, 2005
Florence, South Carolina